IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CLARENCE MCNISH,<br><br>Defendant. | CIVIL ACTION<br>NO. 18-00267 |

### ORDER

**AND NOW**, this 22nd of November 2021, upon consideration of Defendant's Motion for Compassionate Release (Doc. No. 52), Defendant's Brief in Support of the Motion (Doc. No. 56), the Government's Response in Opposition (Doc. No. 59), Defendant's Supplemental Response (Doc. No. 71), and Defendant's Brief in Support of the Motion (Doc. No. 72), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the Motion (Doc. No. 52) is **DENIED.**

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.